BEATRICE E. O'BRIAN, Respondent, v. HIGHLAND HOSPITAL OF ROCHESTER, Appellant.— Judgment and order affirmed, with costs. All concur. (The judg-

ment is for damages for personal injuries in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.